349 of the Laws of 1915, and from using any funds available from said bonds in the construction of said hydro-electric plant and from doing any act in furtherance of the construction of said hydro-electric plant pursuant to chapter 349 of the Laws of 1915, and also a judgment declaring said bonds issued for power purposes to said act null and void.

*Harry C. Mizen, Charles A. Collin* and *Elton H. Beals* for appellant.

*Francis E. Cullen* and *Joseph T. McCaffrey* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

BROWNING, KING AND COMPANY, Appellant, *v.* JAMES C. DAVIS, Director-General of Railroads, Respondent.

*Carriers — action to recover value of merchandise lost in transit — defense that claim had not been presented within time required by bill of lading.*

*Browning, King & Co. v. Davis,* 208 App. Div. 780, affirmed.

(Argued May 22, 1924; decided June 6, 1924.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 14, 1924, unanimously affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term. The action was to recover the value of merchandise delivered to the Lehigh Valley railroad at New York city for transport to Omaha, Neb., but never delivered to the consignee. The defense was failure to make claim within six months in writing as required by the bill of lading.

*Copal Mintz* and *Louis S. Posner* for appellant.

*Herbert W. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: LEHMAN, J.